# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| LUIS ANGUIANO-CHAVEZ, et al.,<br><br>                    Petitioner,<br><br>   v.<br><br>JULIO HERNANDEZ, et al.,<br><br>                    Respondent | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:26-cv-01974-TMC |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

1.  The petition for writ of habeas corpus (Dkt. 1) is DENIED as to Petitioner Jeferson Villatoro-Arroyo and GRANTED as to the remaining Petitioners.

Dated June 12, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Courtroom Deputy*
Deputy Clerk